NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIAN WHATLEY,                              )
                                           )
            Appellant,                      )
                                           )
v.                                          )          Case No. 2D17-3800
                                           )
STATE OF FLORIDA,                           )
                                           )
            Appellee.                       )
_____ )

Opinion filed February 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Kelly P. Butz, Judge.



PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.